IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAHMIR CRAIG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NELSON COLLINS, ANITA AMARO, MICHAEL JAY, JOSEPH RYAN, THE CITY OF CHESTER and THE COUNTY OF DELAWARE | : | NO. 13-1873 |

## ORDER

**AND NOW**, this 17th day of September, 2013, upon consideration of the Motion for Summary Judgment of the Defendants County of Delaware, Detective Michael Jay and Lt. Joseph Ryan (Document No. 11), the plaintiff's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendants County of Delaware, Detective Michael Jay and Lt. Joseph Ryan, and against the plaintiff, Tahmir Craig.

                                            /s/ Timothy J. Savage
                                           TIMOTHY J. SAVAGE, J.