**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TAHMIR CRAIG** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NELSON COLLINS, ANITA AMARO,** | : | |
| **MICHAEL JAY, JOSEPH RYAN, THE** | : | |
| **CITY OF CHESTER and THE** | : | |
| **COUNTY OF DELAWARE** | : | **NO. 13-1873** |

<u>**ORDER**</u>

**AND NOW**, this 17th day of September, 2013, upon consideration of the Motion for Summary Judgment of the Defendants Detective Nelson Collins, Captain Anita Amaro and the City of Chester (Document No. 14), the plaintiff's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendants Detective Nelson Collins, Captain Anita Amaro and the City of Chester, and against the plaintiff, Tahmir Craig.


/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.